# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00041 |
| | ) | Assigned to: Judge Robin M. Meriweather |
| MICHAEL SHANE DAUGHTRY | ) | Assigned Date: 1/12/2021 |
| ▓▓▓▓▓▓▓▓ | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Genry, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone.

Date: 01/12/2021

_____
Judge's signature

City and state: Washington, D.C.   Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*