AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00041 |
| | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assigned Date: 1/12/2021 |
| MICHAEL SHANE DAUGHTRY | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL SHANE DAUGHTRY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Violation of 18 U.S.C. 1752(a).

Date:   01/12/2021

Robin M. Meriweather
2021.01.12 18:56:35
-05'00'

*Issuing officer's signature*

City and state:   Washington D.C.

Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/13/2021, and the person was arrested on *(date)* 01/15/2021
at *(city and state)* Macon, GA.

Date:   01/15/2021

*Arresting officer's signature*

Special Agent Ryan E Gerry
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00041 |
|  | ) Assigned to: Judge Robin M. Meriweather |
| MICHAEL SHANE DAUGHTRY | ) Assigned Date: 1/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Genry, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone.

Date: 01/12/2021

*Judge's signature*

City and state: Washington, D.C.     Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: |
| | : | |
| v. | : | |
| | : | **VIOLATION:** |
| | : | |
| **MICHAEL SHANE DAUGHTRY,** | : | **18 U.S.C. § 1752(a)** |
| | : | **(Restricted Building or Grounds)** |
| **Defendant.** | : | |
| | : | |
| | : | **FILED UNDER SEAL** |
| | : | |

**ORDER**

Upon consideration of the Government's Motion to Seal the Criminal Complaint and Arrest Warrant, concerning the above-defendant, it is hereby

**ORDERED** that the Criminal Complaint, the Affidavit of the United States for the Criminal Complaint, Arrest Warrant, and the Government's Motion to Seal, and this corresponding Court Order be sealed until further Order of this Court.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal complaint and arrest warrant in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant in this case, the charging documents shall be unsealed.

1/12/2021  
DATE

_____  
Honorable Robin M. Meriweather  
UNITED STATES MAGISTRATE JUDGE for the  
DISTRICT OF COLUMBIA

3

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  5:21-MJ-00007-CHW |
| MICHAEL SHANE DAUGHTRY | ) Charging District's Case No.   1:21-MJ-00041 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1-15-21

*Defendant's signature*: /s/ Michael Shane Daughtry

*Signature of defendant's attorney*: /s/

*Printed name of defendant's attorney*: Tim Saviello

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>MICHAEL SHANE DAUGHTRY<br>*DEFENDANT* | )<br>)<br>) CASE NO. 5:21-MJ-00007-CHW<br>)<br>) |

### APPEARANCE BOND

Defendant's Agreement

I, _____MICHAEL SHANE DAUGHTRY_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

   ( ☒ ) to appear for court proceedings;
   ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
   ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

( ☐ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ _25,000.00_ .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

   ( ☐ ) (a) $ _____ , in cash deposited with the court.

   ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:
   _____
   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
   _____
   _____

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 01-15-21            /s/ Michael Shawn Daughtry
                                  *Defendant's signature*

_____          _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

CLERK OF COURT

Date: 1/15/2021            C. Alston
                                  *Signature of Deputy Clerk*

Approved.
Date: January 15, 2021    /s/
                                  *Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>__**MICHAEL SHANE DAUGHTRY**__<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 5:21-MJ-00007-CHW |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                        Custodian                              Date

( ☒ ) (7) The defendant must:
( ☒ ) (a) submit to supervision by and report for supervision to the **US Probation Office**,
telephone number _____, no later than **as directed**.
( ☐ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☐ ) (d) surrender any passport to: _____
( ☐ ) (e) not obtain a passport or other international travel document.
( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: _____
( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **Employees of Pelham Police Department**
( ☐ ) (h) get medical or psychiatric treatment: _____
( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively.
( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☒ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
   ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
   ( ☒ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
   ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( ☒ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. **GPS monitoring**
   ( ☒ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( ☒ ) (s) **Level TAP restrictions; Firearms to be kept by USPO.**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: **MICHAEL SHANE DAUGHTRY**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X *Michael Shane Daughtry*
*Defendant's Signature*

*Newton GA*
*City and State*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 15, 2021

*Judicial Officer's Signature*

CHARLES H. WEIGLE, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 5:21-mj-7 (CHW)** |
| **MICHAEL SHANE DAUGHTRY.** : | |
| _____ : | |

## ORDER

The written Order Setting Conditions of Release entered on January 15, 2021, is hereby **MODIFIED**, as follows:

1. Defendant shall submit any firearms, destructive devices, or ammunition in his possession or in possession of any business entity operated by Defendant to the United States Probation Office or to a third-party law enforcement agency authorized by the United States Probation Office, to maintain custody of such firearms, destructive devices, or ammunition while this case remains pending or until further order of the Court.

All other conditions of release, as set forth in the Order of January 15, 2021, shall remain in effect.

**SO ORDERED**, this 15th day of January, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | File No. 5:21-mj-7 (CHW) |
| | : | |
| **MICHAEL SHANE DAUGHTRY,** | : | Charging District's Case No: |
| | : | 1:21-mj-41 (D.D.C.) |
| **Defendant.** | : | |

## ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-named defendant is charged in a criminal complaint with a violation of provisions of federal criminal law, alleged to have been committed in the District of Columbia.

At a hearing under provisions of Rule 5(c)(3) of the Federal Rules of Criminal Procedure, the Government produced the arrest warrant and the Defendant waived the right to an identity hearing, admitting that he was the person named in the complaint. Defendant has reserved his right to a preliminary hearing in the district of prosecution.

Defendant was represented by appointed counsel at the initial appearance and will be requesting appointed counsel in the district of prosecution.

The undersigned finds that Defendant is entitled to pre-trial release under the Bail Reform Act, 18 U.S.C. § 3142, *et seq.*, and has entered an order setting conditions of release.

WHEREFORE, this case is ordered REMOVED to the district of prosecution. The Clerk of this Court shall promptly transmit the papers in this case to Clerk of Court for the district of prosecution.

SO ORDERED AND DIRECTED, this 15th day of JANUARY, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CRIMINAL DOCKET FOR CASE #: 5:21-mj-00007-CHW All Defendants

Case title: USA v. DAUGHTRY  
Other court case number: 1:21-mj00041 District of Columbia

Date Filed: 01/15/2021  
Date Terminated: 01/19/2021

Assigned to: US MAGISTRATE JUDGE CHARLES H WEIGLE

**Defendant (1)**

**MICHAEL SHANE DAUGHTRY**  
*TERMINATED: 01/19/2021*

represented by **FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC**  
440 MARTIN LUTHER KING JR BLVD STE 400  
MACON, GA 31201  
478-743-4747  
Fax: 478-207-3419  
Email: GAM_MAC_ECF@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**TIMOTHY R SAVIELLO**  
FEDERAL DEFENDERS OF THE MD GA  
440 MLK JR BLVD STE 400  
MACON, GA 31201  
478-743-4747  
Email: tim_saviello@fd.org  
*ATTORNEY TO BE NOTICED*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

| Complaints | Disposition |
|---|---|
| 18:1752(a): Restricted Building or Grounds | |

### Plaintiff

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **LEAH E MCEWEN**<br>US ATTORNEY'S OFFICE<br>201 W BROAD AVE 2ND FL<br>ALBANY, GA 31701<br>229-430-7754<br>Fax: 229-430-7766<br>Email: leah.e.mcewen@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2021 | | Case unsealed as to MICHAEL SHANE DAUGHTRY (cma) (Entered: 01/15/2021) |
| 01/15/2021 | 1 | **COMPLAINT** as to MICHAEL SHANE DAUGHTRY (1). (cma) (Additional attachment(s) added on 1/15/2021: # 1 Affidavit in Support, # 2 Complaint Unredacted, # 3 Order to File Under Seal) (cma). (Entered: 01/15/2021) |
| 01/15/2021 | | **Initial Appearance - Rule 5 set for 1/15/2021 02:30 PM in Macon** before US MAGISTRATE JUDGE CHARLES H WEIGLE. NOTICE OF **SETTING** HEARING as to MICHAEL SHANE DAUGHTRY. Hearing will occur **IN-PERSON**. Counsel, parties, and members of the public and press should review Amended Standing Order 2020-09, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing macon.ecf@gamd.uscourts.gov. (cma) (Entered: 01/15/2021) |
| 01/15/2021 | 2 | **ORDER** appointing Federal Defenders of the Middle District of Georgia, Inc. to represent MICHAEL SHANE DAUGHTRY for an initial appearance only. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 01/15/2021. (cma) Modified on 1/15/2021 (cma). (Entered: 01/15/2021) |
| 01/15/2021 | | Arrest of MICHAEL SHANE DAUGHTRY (cma) (Entered: 01/15/2021) |
| 01/15/2021 | 3 | CJA 23 Financial Affidavit by MICHAEL SHANE DAUGHTRY (cma) (Entered: 01/15/2021) |
| 01/15/2021 | 4 | TEXT ONLY Minute Entry **(content for administrative purposes only)** for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: Initial Appearance in Rule 5 Proceedings as to MICHAEL SHANE DAUGHTRY held on 1/15/2021, Charges and sentencing range stated, Defendant advised of rights, Court appointed FPD to represent defendant after finding him eligible, Defendant requests appointed counsel in charging district, Identity of Defendant Confirmed, Proper documents confirmed received, the Court finds the case can be removed to the charging district, written order to follow, Rule 5 transfer to this district information provided; Bond Hearing as to MICHAEL SHANE DAUGHRTY held on 01/15/2021. Bond set at $25,000.00 Unsecured with Conditions of Release as set out in order. Defendant ordered released from USMS custody and instructed to appear as directed by the District of Columbia, defendant instructed to talk to USPO before leaving; Order of Removal to Another District written order to follow. Court |

| | | |
|---|---|---|
| | | Reporter: FTR Gold 2:22 p.m..Time in Court: 37 minutes. (cma) Modified on 1/19/2021 AUSA: Leah E. McEwen; DEFENSE: Timothy Saviello, FDO; USPO: Matt Santucci and David Simmons; Defendant: in courtroom. (cma). (Entered: 01/19/2021) |
| 01/15/2021 | 5 | **ORDER** Setting Conditions of Release as to MICHAEL SHANE DAUGHTRY (1) $25,000.00 Unsecured. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 01/15/2021. (cma) (Entered: 01/19/2021) |
| 01/15/2021 | 6 | UNSECURED Bond Entered as to MICHAEL SHANE DAUGHTRY in amount of $25,000.00 (cma) (Entered: 01/19/2021) |
| 01/15/2021 | 7 | Waiver of Rule 5 and 5.1 Hearings as to MICHAEL SHANE DAUGHTRY (cma) (Entered: 01/19/2021) |
| 01/15/2021 | 9 | **ORDER** Modifying Conditions of Pretrial Release as to MICHAEL SHANE DAUGHTRY re 5 Order Setting Conditions of Release. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 01/15/2021. (cma) (Entered: 01/19/2021) |
| 01/19/2021 | 8 | **ORDER** OF TRANSFER/COMMITMENT TO ANOTHER DISTRICT as to MICHAEL SHANE DAUGHTRY. Defendant committed to District of District of Columbia. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 11/15/2021. (cma) (Entered: 01/19/2021) |
| 01/19/2021 | | Notice to District of Columbia of a Rule 5 Initial Appearance as to MICHAEL SHANE DAUGHTRY. Your case number is: 1:21-mj-00041. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 7 Waiver of Hearing, 5 Order Setting Conditions of Release, 3 Financial Affidavit - CJA23, 4 Initial Appearance - Rule 5, Bond Hearing, 6 Bond, Arrest, 8 Order of Transfer/Commitment to Another District, 1 Complaint, Notice of Hearing. (If you require certified copies of any documents, please send a request to help@GAMD.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (cma) (Entered: 01/19/2021) |
| 01/19/2021 | | SUPPLEMENTAL Notice to District of Columbia of a Rule 5 Initial Appearance as to MICHAEL SHANE DAUGHTRY. Your case number is: 1:21-mj-00041. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 9 Order Modifying Conditions of Pretrial Release. (If you require certified copies of any documents, please send a request to help@GAMD.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (cma) (Entered: 01/19/2021) |
| 01/20/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE by by TIMOTHY R SAVIELLO appearing for MICHAEL SHANE DAUGHTRY Attorney TIMOTHY R SAVIELLO added to party MICHAEL SHANE DAUGHTRY(pty:dft)(SAVIELLO, TIMOTHY) (Entered: 01/20/2021) |