UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL DAUGHTRY,<br><br>            Defendant. | Case No. 21-cr-141 (RDM) |

## MOTION TO CONTINUE

Mr. Daughtry currently has a status conference scheduled for March 17, 2021 at 3:00 p.m. Mr. Daughtry, through counsel, respectfully requests the hearing be rescheduled to 3:30 p.m.

Defense counsel has a sentencing hearing scheduled for 2:00 p.m., and will not be available at 3:00. For this reason, Mr. Daughtry respectfully requests that the Court grant his request for a continuance.

Respectfully submitted,

A. J. Kramer
Federal Public Defender

*/s/*
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004