UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-141 |
| | : | |
| MICHAEL SHANE DAUGHTRY, | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Jose German, Esquire (collectively, "the Parties"), respectfully submit this joint status report, as directed by the Court, and state as follows:

1. On February 19, 2021, the defendant, Michael Shane Daughtry was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); and (Count Three) Impeding Ingress and Egress in a Restricted Building or Ground and Aiding and Abetting in violation of Title 18 U.S.C. § 1752(a)(3) and 2. ECF 6.

2. The defendant has been out on bond since his initial arrest on January 12, 2021. Defendant remains compliant with standard conditions of release.

3. On December 17, 2020, the Chief Judge issued the a Standing Order, Order 20-93, governing Court operations due to the COVID-19 pandemic, and excluding time under the Speedy Trial Act until March 15, 2021, except in limited cases, when the Court expected to resume operations.

1

4. The parties appeared for a video status conference on March 17, 2021 and agreed to exclude time from The Speedy Trial Act calculation until May 3, 2021. The parties agreed to file a joint status report on May 3, 2021

5. Since the last status, the Court has issued a protective order (ECF 17) and preliminary discovery is underway. Defense counsel advised new counsel, a Federal Public Defendant from Georgia, is expected to substitute as counsel for the defendant.

6. Parties are agreed to a 60-day continuance of this matter and to excluding related time from the Speedy Trial Act. The government will file an unopposed motion with proposed order regarding this agreed continuance.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

\_\_\_/s/_____
GRACIELA R. LINDBERG
Assistant United States Attorney
Texas Bar No. 00797963
555 4th Street, N.W.,
Washington, D.C. 20530
956-754-9350
graciela.lindberg@usdoj.gov

\_/s/_____
JOSE ALEJANDRO GERMAN
Assistant Federal Public Defender
625 Indiana Avenue, NW Suite 550
Washington, DC.   200004
202-208-7515
jose_german@fd.org