UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-141-RDM |
| | : | |
| MICHAEL SHANE DAUGHTRY, | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submit this status report, as directed by the Court, and state as follows:

1. On February 19, 2021, the defendant, Michael Shane Daughtry was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); and (Count Three) Impeding Ingress and Egress in a Restricted Building or Ground and Aiding and Abetting in violation of Title 18 U.S.C. § 1752(a)(3) and 2. ECF 6.

2. The defendant has been out on bond since his initial arrest on January 12, 2021. Defendant remains compliant with standard conditions of release.

3. On December 17, 2020, the Chief Judge issued the a Standing Order, Order 20-93, governing Court operations due to the COVID-19 pandemic, and excluding time under the Speedy Trial Act until March 15, 2021, except in limited cases, when the Court expected to resume operations.

4. The parties appeared for a video status conference on March 17, 2021 and agreed

to exclude time from The Speedy Trial Act calculation until May 3, 2021.   On May 3, 2021, the Court reviewed a Joint Status Report and granted the government's Unopposed Motion to Exclude Time under the Speedy Trial Act, tolling time until July 2, 2021.

5.   Since the last status, defense counsel Jose German has identified another attorney, Tim Saviello, a Federal Public Defendant from Georgia, to substitute him in this case.  Mr. Saviello is pending admission to the DC District Court, while Mr. German remains counsel of record.  Mr. German has not responded to request to confer about this Status Report; the information noted is from Mr. Saviello.  According to Mr. Saviello, he would request a 60-day continuance to allow him to conduct discovery and hopefully begin plea negotiations.

6.   The government requests another 60-day continuance of this matter and to excluding related time from the Speedy Trial Act, pursuant to circumstances noted herein and in previously requested continuances.  A formal motion for continuance will be submitted.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

    ____/s/_____
    GRACIELA R. LINDBERG
    Assistant United States Attorney
    Texas Bar No. 00797963
    555 4th Street, N.W.,
    Washington, D.C. 20530
    956-754-9350
    graciela.lindberg@usdoj.gov