UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL DAUGHTRY,<br><br>    Defendant. | Case No. 21-cr-141 (RDM) |

## NOTICE

On July 1, 2021, this Court issued an Order directing defense counsel to file a statement setting forth Mr. Daughtry's position on the Speedy Trial Act and the government's request for a 60 day continuance. Accordingly, Mr. Daughtry, through counsel, respectfully submits that there is no objection to the government's request or tolling of the Speedy Trial Act during this period.

Respectfully submitted,

A. J. Kramer
Federal Public Defender

  /s/
Jose A. German
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500