

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 26, 2021

      Re:   Capitol Breach Cases
                 Global Discovery Productions 1-5

Dear Counsel:

      We are writing to memorialize the global discovery productions that have been made available by the Capitol Breach Discovery Team to date.

      As a preliminary matter, materials shared via evidence.com will become available to you upon your receipt of a license to access evidence.com.[1]  Please be advised that sharing voluminous video files can sometimes take several hours or days, depending on the size of files being shared.

      Further, for each production shared with you via USAfx, you should receive a separate email notification that materials are available for download.  Materials shared via USAfx will additionally be available for viewing in Relativity upon your receipt of a license to access the defense Relativity workspace.[2]

---

[1] As of October 18, 2021, FPD has sent emails to all Capitol Breach defense counsel with instructions on how to request a license for the legal defense team to view videos in evidence.com.

[2] On October 13, 2021, the United States modified its contract with Deloitte Financial Advisory Services, LLP ("Deloitte") to fund a Capitol Breach Relativity workspace and purchase licenses that will enable legal defense teams to gain access to the database.  FPD is now consulting with Deloitte concerning the construction and organization of the defense workspace and creating a structure for distributing Relativity licenses to defense counsel.  FPD will notify Capitol Breach defense counsel on how to obtain Relativity licenses once the defense workspace is constructed and organized and is ready to be populated with documents.  Until such notification is made, USAfx will continue to be the primary manner in which documents are produced.

Finally, if you receive any materials designated Sensitive or Highly Sensitive and (a) there is no protective order entered in the applicable case or (b) your client has refused to sign a written acknowledgment that s/he has read, understands and agrees to abide by the terms of the applicable protective order, we request that you refrain from disseminating those materials to your client. Instead, please inform the assigned prosecutor in writing and give them at least one week to file a motion with the Court to ensure that discovery materials are adequately protected.

A summary of the materials produced thus far include:

**Global Production No. 1**

On September 10, 2021, the following materials and a corresponding index were made available for sharing via USAfx.

- 35 files consisting of 28 reports from U.S. Capitol Police (USCP) Office of Professional Responsibility ("OPR") investigations of alleged wrongdoing by USCP officers on January 6, 2021. (CAPD_000000001- CAPD_000000848.)

Officer names, witness names, and complainant names were redacted and these files are not subject to a sensitivity designation under the protective order. However, if you observe that an officer's name has not been redacted, and that officer is a subject of or witness to the allegation of misconduct, you must treat that information as Highly Sensitive under the protective order. That means you cannot share it with your client unsupervised unless you first redact it, and that the information can only be used consistent with the protective order's rules for handling Highly Sensitive materials. Should you observe such information, please notify us so that we may make an appropriate designation known to all Capitol Breach defendants.

**Global Production No. 2**

On September 24, 2021, the following materials and corresponding indices were shared to the defense instance of evidence.com:

- 4,044 files (over one terabyte) consisting of U.S. Capitol Police Closed Circuit Video ("USCP CCV") footage from 118 cameras. The contents of footage shared includes video from the interior of the U.S. Capitol Visitor Center and from the Capitol grounds. These files are designated Sensitive under the protective order. (FPD CCTV_001 SENSITIVE.)[3]

---

[3] To determine the starting date/time of USCP CCV video, you will need to look to the format of the title of each video in evidence.com. Each CCV video will have a date and time (in 24-hour format) at the end of the filename that refers to the starting date/time of that video. The times are either in local time (EST) or in UTC (EST +5 hours). To determine the correct starting time, check if the filename has or does not have spaces. File names without spaces are in EST format. File names with spaces are in UTC format. For example:

- A sample of 50 MPD BWC files that allowed our technological teams to discuss the necessary infrastructure and workflows that need to be implemented before a large-scale disclosure of footage.  (FPD_MPD BWC Sample 001.)

On September 24, 2021, the following materials and corresponding indices were also shared, via USAfx:

- Forty-two files that consist of MPD internal investigation reports and exhibits. (CAPD_000000849 to CAPD_000001587).  These reports and exhibits are unredacted and thus designated Highly Sensitive under the protective order.
- Twenty files consisting of digital exhibits to previously produced USCP OPR reports. Any applicable sensitivity designations are reflected in the index.  (CAPD_000001588 to CAPD_000001607).

You should receive a separate email notification for each USAfx production described above, i.e., one for the USCP OPR reports, and one for the MPD internal investigation reports.

**Global Production No. 3**

On October 1, 2021, the following materials and corresponding indices were shared to the defense instance of evidence.com:

- 11,176 files (over 3 terabytes) consisting of USCP CCV footage from 339 cameras.  The contents of footage shared includes video from the interior of the U.S. Capitol Visitor Center and from the Capitol grounds.  These files are designated Sensitive under the protective order. (FPD CCTV_002 SENSITIVE.)
- 1,676 files consisting of MPD BWC footage recorded between approximately 1:00 p.m. and 6:00 p.m. on January 6, 2021.  These files are not subject to a sensitivity designation under the protective order.  Nevertheless, to the extent you intend to disseminate these materials to any persons other than your client, the legal defense team, or the person to whom the footage solely and directly pertains or his/her counsel, please ensure that you have reviewed the footage first and do not disseminate further any footage: (1) in which an individual provides or displays personal identifying information[4] or (2) depicting

---

- File name: 5061501RFWestRoof_2021-01-06_11h40min01s657ms.mp4
    - There are <u>no spaces</u> in this file name and therefore the time is in <u>EST</u> format.

- File name: 5061 501 RF West Roof - 2021-01-07_01h00min02s.mp4
    - There <u>are spaces</u> in this file name and therefore the time is in <u>UTC</u> format (EST +5 hours).

[4] Personal identifying information includes civilian names and nicknames, and all social security numbers, driver's license numbers, physical addresses, e-mail addresses, any other contact information, financial information, medical information, and mental health history information.

3

personal information that may be highly embarrassing to either the officer wearing the camera or a person depicted in the footage.[5] Such information is at the very least Sensitive under the protective order. Should you observe such information, please notify us so that we may make an appropriate designation known to all Capitol Breach defendants. (FPD_MPD BWC 001.)

**Global Production No. 4**

On October 8, 2021, the following materials and corresponding indices were shared to the defense instance of evidence.com:

- 1,705 files consisting of USCP CCV footage from 58 cameras. The contents of footage shared includes video from the interior of the U.S. Capitol Visitor Center and from the Capitol grounds. These files are designated Sensitive (not Highly Sensitive) under the protective order. (FPD CCTV_003 SENSITIVE).

On October 15, 2021, the following materials and a corresponding index were made available for sharing via USAfx:

- 15 maps of the interior of Capitol Visitor's Center and the interior of the Capitol, all of which are designated Highly Sensitive under the protective order. (CAPD_0001648 - CAPD_0001662).
- U.S. Capitol Police Radio Communications on Main Ops 1 and 2 (CAPD_0001615 - CAPD_0001616, respectively), which are also Exhibit 7 to USCP Office of Professional Responsibility Report ("OPR") 21-006A (previously provided). These items are designated Sensitive under the protective order.
- Draft transcripts of the radio communications described above. These items are also designated Sensitive under the protective order. (CAPD_0001663 - CAPD_0001664).
- 11 additional digital exhibits (6 audio, 3 videos, and 2 images) to previously produced USCP OPR reports. The applicable sensitivity designation for each exhibit is listed in the index (CAPD_0001617, CAPD_0001620-CAPD_0001623, CAPD_0001627, CAPD_0001634, CAPD_0001639, CAPD_0001644, CAPD_0001645, CAPD_0001647).
- Metropolitan Police Department ("MPD") Radio Global Positioning Satellite ("GPS") Spreadsheet. This item is designated Sensitive under the protective order. (CAPD_0001665).[6]

---

[5] For example, while we believe we have already identified and segregated such footage, we are aware of instances where an officer may have forgotten to turn off his or her body-worn-camera while using a restroom.

[6] The MPD GPS spreadsheet is work product that was created by the Discovery Team based on records provided to us by the D.C. Office of Unified Communications ("OUC") through MPD. In many instances, the subscriber alias for a radio is an individual officer's Computer Aided Dispatch ("CAD") number and last name. This same information can be used to search for that

4

**Global Production No. 5**

On October 22, 2021, the following materials and corresponding indices were shared to the defense instance of evidence.com:

- 142 files consisting of U.S. Secret Service surveillance exterior camera footage from January 6, 2021. (FPD_USSS 001).
- 4,204 files consisting of USCP CCV footage from 123 cameras. The contents of footage shared includes video from the interior of the U.S. Capitol. These files are designated Highly Sensitive under the protective order. (FPD CCTV_004 HIGHLY SENSITIVE and FPD CCTV_005 HIGHLY SENSITIVE).[7]

On October 22, 2021, the following materials and a corresponding index were made available for sharing via USAfx.

---

officer's body-worn-camera footage in evidence.com. For ease of use, you may wish to consider plotting the information provided on a time-scaled map using commercially available GPS mapping software. To be clear, this MPD Radio GPS information is being provided to you solely for the purpose of assisting you in locating officers who may have recorded body-worn-camera footage at a particular location and time. We do not purport to vouch for the accuracy or admissibility of the radio location data information. (Although OUC requested it on our behalf, OUC was unable to obtain radius of accuracy information for the location data.) We also do not intend to indicate that each officer who used a radio was also utilizing body-worn-camera. In fact, many officers (e.g., Detectives and Officers with the rank of Inspector and above) are generally not required to wear them.

[7] We have determined that a waiver of the requirement that a defendant be supervised by a member of the legal defense team while reviewing the Highly Sensitive USCP CCV footage described above is appropriate, provided that the following conditions are met:

(1) The standard Capitol Breach protective order or an equivalent order restricting the use, dissemination, and reproduction of Highly Sensitive materials has been entered in the relevant case;
(2) The defendant has executed the written acknowledgement to the protective order stating that s/he has read, understands and agrees to the terms of the protective order (or has been subject to admonishment by the Court about the contents of the order and the penalties for violating the order);
(3) The video is shared via My.Evidence.Com;
(4) Downloading and sharing capabilities are suppressed before video is shared to the defendant; and
(5) Counsel informs their clients that all activity on evidence.com is tracked by Axon's internal audit log. Further, if videos are discovered to have been disseminated without proper authorization, the government may seek a Court order requiring FPD to turn over any relevant audit logs.

- A camera map of the Capitol Grounds. The camera map is work product that was created at the request of the Discovery Team, and all camera locations depicted are approximate. It is designated Highly Sensitive under the protective order.  (CAPD_0001666).
- Ten aerial surveillance images received from the Metropolitan Police Department.  (CAPD_0001667 to CAPD_0001676).
- Six demonstration permits received from the U.S. Capitol Police.  (CAPD_0001677 to CAPD_0001753).
- A spreadsheet containing the filenames/titles, starting times, video length, and date of the USSS video contained in FPD_USSS 001. This spreadsheet is work product that was created by the Discovery Team  (CAPD_0001768).

For your convenience, aggregated indices for the USAfx and evidence.com productions (except for FPD_MPD BWC Sample 001) are attached.

Sincerely,

*[signature: E. Miller]*

EMILY A. MILLER
Capitol Breach Discovery Coordinator