# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| MICHAEL SHANE DAUGHTRY | CASE. NO. 1:21-CR-141-RDM-1 |

## MOTION FOR EARLY TERMINATION OF PROBATION

Comes now the defendant, Michael Shane Daughtry, by and through undersigned counsel, and herein moves the court to terminate his term of probation. In support, he shows as follows:

(1)

Mr. Daughtry was sentenced to 36 months' probation, $500 restitution, and a $25.00 Special Assessment. (Doc.53-54) The sentence was imposed on June 10, 2022. Upon information and belief, Mr. Daughtry's term of probation would conclude on June 9, 2025.

(2)

As of the filing of this motion, Mr. Daughtry has served 23 months and 13 days of the complete term of 36 months. Upon information and belief, he has paid all monies due as part of the sentence, completed all other requirements as outlined in the Special Conditions of Probation portion of his sentence (Doc. 53 p.4) and has not violated any conditions of probation.

(3)

Counsel for Mr. Daughtry has contacted his supervising U.S. Probation officer and is authorized to inform the court that the officer would take no position unless and until a Motion

for Early Termination was filed. Upon the filing of such motion, Mr. Daughtry's case would be reviewed, and US Probation would then be prepared to take a position on the motion.

(4)

Pursuant to the provisions of F.R.Cr.P. 32.1(c)(2), counsel for Mr. Daughtry contacted the government to determine if it would object to this motion. The government responded that it did object to the motion and would oppose early termination of Mr. Daughtry's probation. Pursuant to Rule 32.1(c)(1) and (c)(2)(C) counsel for Mr. Daughtry would then request a hearing on this motion be held. Further, because Mr. Daughtry and defense counsel reside in the Middle District of Georgia, and primary counsel for the government during the prosecution of this case resides in the Southern District of Texas, Mr. Daughtry requests that the hearing be held virtually and would waive his right to be physically present before the court in the District of Columbia for such a hearing and consent to a virtual hearing where he would be present via video teleconference.

(5)

Thus, pursuant to 18 U.S.C. §3564(c), and because "such action is warranted by the conduct of [Mr. Daughtry] and the interest of justice" Mr. Daughtry respectfully requests the remainder of his term of probation be terminated.

Dated this 23rd day of May 2024.

Respectfully submitted,

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Federal Defenders of the
Middle District of Georgia, Inc.

440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org

## CERTIFICATE OF SERVICE

I, Timothy R. Saviello, hereby certify that, on May 23, 2024, I electronically filed the foregoing pleading with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org